UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   CV 22-9276-MWF(PDx)                                    Date:  March 17, 2023

Title        Sapnesh Amin, et al. v. City of Claremont, et al.

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on December 21, 2022.  (Docket No. 1).  Pursuant to Federal Rules of Civil Procedure, Rule 4(m), the time to serve the Complaint will expire on March 21, 2023.

The Court **ORDERS** Plaintiffs to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **MARCH 31, 2023**.

- BY PLAINTIFFS:  Proof of Service of the Summons and Complaint on Defendants.

    AND/OR

- BY DEFENDANTS:  Responses to the Complaint.

    OR

- BY PLAINTIFFS:  Applications for Clerk to Enter Default.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | **CV 22-9276-MWF(PDx)** | Date: March 17, 2023 |
| Title | **Sapnesh Amin, et al. v. City of Claremont, et al.** | |

respond to the Order to Show Cause by **March 31, 2023** will result in the dismissal of this action.

IT IS SO ORDERED.

Initials of Preparer: RS/sjm